JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WINSTON ST. JULIAN, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 10-9142 MMM (AJW) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | J U D G M E N T |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

Date: November 30, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
United States District Judge